1. John Sardinha
   Register Number 89543-022
2. Housing Unit A2D
   Taft Correctional Institution
3. Post Office Box 7001
   Taft, California 93268-7001
4.
5. Petitioner, "In Propria Persona."
6.
7.            IN THE UNITED STATES DISTRICT COURT
8.                FOR THE DISTRICT OF HAWAII
9.
10. JOHN SARDINHA,          CV. NO. 05-00175 DAE-BMK
         Petitioner,       CR. NO. 02-00272-04 DAE
11.
12. v.                  **PETITIONER'S MOTION FOR THE ISSUANCE OF A CERTIFICATE OF APPEALABILITY; NOTICE OF APPEAL.**
13.
14. UNITED STATES OF AMERICA,
         Respondent,
15.

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAR 13 2006

at 3 o'clock and 30 min P M
SUE BEITIA, CLERK

16. The petitioner, John Sardinha, acting In Propria Persona,
17. submits the instant motion for the issuance of a Certificate
18. of Appealability, with an attached Notice of Appeal for
19. further litigation in the United States Court of Appeals
20. for the Ninth Circuit. The instant motion is submitted under
21. 28 U.S.C. § 2253(c), and the attached Notice of Appeal is
22. timely filed within 60 days of this Court's final judgment
23. denying the petitioner's 28 U.S.C. § 2255 motion. See: Rule
24. 4(a)(1)(B) of the Federal Rules of Appellate Procedure.
25. This Court's final judgment on Sardinha's habeas corpus
26. petition was rendered on February 14, 2006.
27. //
28. //

1. The petitioner seeks review of the issues presented, under the standard clarified by the Supreme Court in <u>Miller-El v. Cockrell</u>, 537 U.S. 322 (2003). The petitioner asserts that a Certificate of Appealability should be issued, as the questions presented in the following are debatable among jurists of reason.

Dated: March 3, 2006

Respectfully Submitted,

*[signature]*

John Sardinha
Petitioner, In Propria Persona

//
//
//