# CERTIFICATE OF SERVICE

I, John Sardinha                            hereby certify that I have served a true and correct copy of the following:

PETITIONER'S MOTION FOR THE ISSUANCE OF A CERTIFICATE OF APPEALABILITY; NOTICE OF APPEAL.

Which is deemed filed at the time it was deposited in Taft Correctional Institution's internal mail system, since TCI has no separate system designed for legal mail, in accordance with Rule 4, Federal Rules of Appellate Procedure and Houston V. Lack, 108 S. Ct. 2379 (1988), by placing same in a sealed, first class postage prepaid envelope addressed to :

Chris A. Thomas
Assistant United States Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd., Box 50183
Honolulu, Hawaii 96850

and depositing same in the institution mail box at Taft Correctional Institution at Taft, California.

I declare, under penalty of perjury (Title 28 U.S.C. § 1746), That the foregoing is true and correct.

Dated this  6th  day of  March , 2006 .

John Sardinha
Register Number 89543-022