ORIGINAL

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
AUG 13 2007
at ___ o'clock and ___ min. ___ M.
SUE BEITIA, CLERK

|  |  |
|---|---|
| JOHN SARDINHA, | ) |
| Petitioner, | ) CV. No. 05-00175 DAE-BMK |
|  | ) CR. No. 02-00272-04 DAE |
| V. | ) |
| UNITED STATES OF AMERICA, | ) PETITIONER'S MOTION FOR ISSUANCE |
|  | ) OF A CERTIFICATE OF APPEALABILTY; |
| Respondent. | ) NOTICE OF APPEAL |

**COMES NOW** the Petitioner JOHN SARDINHA, Pro Se and indigent, respectfully moves this Court for issuance of a certificate of appealibility on the issue of "known defense" being granted in part by this Court on April 20, 2006.

This Court having jurisdiction of this motion pursuant to the Federal Rules of Civil Procedure, and because the Petitioner never received a copy of the order granting the certificate of appealibility until one (1) year after the issuance of District Court's order, the Clerk of the Court for the District of Hawaii never sending a copy of the order to the Petitioner, thus, it was unbeknown to the Petitioner that the Court granted the certificate of appealibility.

The Petitioner submits this memorandum brief and in support thereof states:

1. Petitioner, JOHN SARDINHA, is in custody under a sentence imposed by this Court, and this Court is a Court established by an act of Congress.

2. On March 24, 2003, Petitioner entered into a plea agreement with the Office Of The United States Attorney, AUSA Chris A. Thomas. Petitioner pleading guilty to counts one and seven of the Superseding Indictment, in violation of 21 U.S.C. §§ 841(a)(1), 841(b)(1)(A), and 846 reflecting Counts one and seven.

(1)

3. On March 8, 2004, this Court imposed a 135 month sentence on the Petitioner on Counts one - seven of the plea agreement.

4. Petitioner's Attorney Mr. Breiner was granted leave by this Court to file a timely notice of appeal by March 18, 2004, but facts revealed that no such appeal was ever filed.

5. On March 4, 2005, Petitioner filed with this Court pursuant to 28 U.S.C. § 2255, a motion to vacate, set aside, or correct sentence, citing numerous violations by his attorney and other procedural errors, this Court denying any relief to the Petitioner on February 17, 2006.

6. After this Court denied Petitioner's motion § 2255, Petitioner filed a motion for a certificate of appealibility on March 6, 2007, this Court granting in part appealibility on the issue of "KNOWN DEFENSE".

7. Petitioner at that time was incarcerated at Taft Correctional Institution at Taft, California, Petitioner has been transferred to the Federal Prison Camp located in Atwater, California, since April 10, 2007.

8. Petitioner never received anything from the Clerk of the Court regarding if his motion for certificate of appealibility was approved or denied, over one year had passed before the Petitioner wrote a letter to the District Court Clerk requesting status on this motion.

9. On May 10, 2007, Petitioner received a letter from the Clerk's Office and a copy of the order granting the certificate of appealibility in part, however, one (1) year had passed in regards to this Court's order and for the time allowed for the Petitioner to file with the Ninth Circuit Court of Appeals.

10. **WHEREFORE,** it is respectfully requested that this Court issue an order, granting the certificate of appealibility on the issue of "KNOWN DEFENSE", so the Petitioner can appeal his case with the Ninth Circuit Court of Appeals.

DATED: this 6 day of August, 2007

RESPECTFULLY SUBMITTED

Sig/X _____
JOHN SARDINHA #89543-022 (Pro Se)
**FEDERAL PRISON CAMP, ATWATER**
PO. BOX 019001
ATWATER, CALIFORNIA 95301

(2)

## CERTIFICATE OF SERVICE

I, __John Sardinha__ hereby certify that I have served a true and correct copy of the following:

Petitioner's motion for the issuance of a certificate of appealbility, notice of appeal.

Which is deemed filed at the time it was deposited in Federal Prison Camp, Atwater, California, internal mail system, since FPC Atwater has no separate system designed for legal mail, in accordance with Rule 4, Federal Rules of Appellate Procedure and Houston V. Lack, 108 S.Ct. 2379 (1988), by placing same in a sealed, first class postage prepaid envelope addressed to:

UNITED STATES ATTORNEY
AUSA, CHRIS THOMAS
ROOM 6100, PJKK FEDERAL BUILDING
300 ALA MOANA BLVD.,
BOX 50183
HONOLULU, HAWAII 96850

CLERK OF THE COURT
UNITED STATES DISTRICT COURT
300 ALA MOANA BLVD., C-338
HONOLULU, HAWAII 96850-0338

and deposited same in the institution mail box, (mail room), at Federal Prison Camp Atwater, California.

I declare, under the penalty of perjury (Title 28 U.S.C. § 1746), That the foregoing is true and correct.

Dated this __6__ day of __August__, __2007__.

John Sardinha #89543-022 (Pro Se)