# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## DOCKET FEE PAYMENT NOTIFICATION FORM

I.  **SHORT CASE TITLE:**   John Sardinha vs. United States of America

    **U.S. COURT OF APPEALS DOCKET NUMBER:**_____

    **U.S. DISTRICT COURT FOR THE DISTRICT OF HAWAII**

    **U.S. DISTRICT COURT DOCKET NUMBER:** CR 02-00272DAE-04

II  **DATE NOTICE OF APPEAL FILED:**   August 13, 2007

III  **U.S. COURT OF APPEALS PAYMENT STATUS:**

    **DOCKET FEE PAID ON:**            **AMOUNT:**

    **NOT PAID YET:**                 **BILLED:**

    **U.S. GOVERNMENT APPEAL:**        **FEE WAIVED:**

    **WAS APPELLANT OR APPELLEE GRANTED F.P. STATUS?**

    **IF YES, SHOW DATE:**         **& ATTACH COPY OF ORDER/CJA**

    **WAS F.P. STATUS REVOKED:**       **DATE:**

    **WAS F.P. STATUS LIMITED IN SOME FASHION?**

    **IF YES, EXPLAIN:**

IV  **COMPANION CASES, IF ANY:** CV 05-00175DAE-BMK (28:2255 petition)

V.  **COMPLETED IN THE U.S. DISTRICT COURT BY:**

    Laila M. Geronimo

_____

AMENDED NOTIFICATION _____ PAID_____ F.P. _____

DISTRICT COURT CLERK BY: _____

(Note: This form is only utilized to notify the U.S. Court of Appeals concerning the satisfaction of the U.S. Court of Appeals Docket Fee.)

## UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
OFFICE OF THE CLERK
300 ALA MOANA BLVD., RM C-338
HONOLULU, HAWAII 96850

SUE BEITIA
CLERK

TEL (808) 541-1300
FAX (808) 541-1303

September 11, 2007

To All Counsel of Record as Appellees:

   IN RE:   John Sardinha vs. United States of America

             CR 02-00272DAE-04
             CV 05-00175DAE-BMK

Dear Counsel:

   Pursuant to Rule 3(d) FRAP, you are hereby notified that a Notice of Appeal was filed in the above-entitled case on August 13, 2007.

   All counsel (or Pro Se) should read and follow the enclosed instructions. Thank You.

Sincerely Yours,
SUE BEITIA, CLERK

by: Laila M. Geronimo
Deputy Clerk

Enclosures

cc:   Clerk, 9th CCA w/copy of NA,
       docket sheet, dfnf
   John Sardinha (attorney for appellant)
       w/copy of instructions for civil appeals
       Transcript Desig. & Ordering Form
       with instructions and a copy of the
       docket sheet; CADS