# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## DOCKET FEE PAYMENT NOTIFICATION FORM

RECEIVED
CLERK U.S. DISTRICT COURT
OCT 29 2007
*[initials]*
DISTRICT OF HAWAII

I. **SHORT CASE TITLE:** John Sardinha vs. United States of America

   **U.S. COURT OF APPEALS DOCKET NUMBER:** 7-16652

   **U.S. DISTRICT COURT FOR THE DISTRICT OF HAWAII**

   **U.S. DISTRICT COURT DOCKET NUMBER:** CR 02-00272DAE-04

II **DATE NOTICE OF APPEAL FILED:** August 13, 2007

III **U.S. COURT OF APPEALS PAYMENT STATUS:**

   DOCKET FEE PAID ON:           AMOUNT:
   NOT PAID YET:                 BILLED:
   U.S. GOVERNMENT APPEAL:       FEE WAIVED:
   WAS APPELLANT OR APPELLEE GRANTED F.P. STATUS?
   IF YES, SHOW DATE:        & ATTACH COPY OF ORDER/CJA
   WAS F.P. STATUS REVOKED:      DATE:
   WAS F.P. STATUS LIMITED IN SOME FASHION?
   IF YES, EXPLAIN:

IV **COMPANION CASES, IF ANY:** CV 05-00175DAE-BMK (28:2255 petition)

V. **COMPLETED IN THE U.S. DISTRICT COURT BY:**

   Laila M. Geronimo

___

AMENDED NOTIFICATION _____ PAID _____ F.P. _____
DISTRICT COURT CLERK BY: _____

(Note: This form is only utilized to notify the U.S. Court of Appeals concerning the satisfaction of the U.S. Court of Appeals Docket Fee.)