ORIGINAL

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED
NOV 0 2 2007
CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff - Appellee,<br><br>v.<br><br>JOHN SARDINHA,<br><br>Defendant - Appellant. | No. 07-16897<br><br>D.C. Nos. CV-05-00175-DAE<br>CR-02-00272-DAE<br>District of Hawaii,<br>Honolulu<br><br>ORDER |

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
NOV 05 2007
at 2 o'clock and 30 min P M.
SUE BEITIA, CLERK

A review of the record demonstrates that appeal no. 07-16897 is duplicative of appeal no. 07-16652. Consequently, appeal no. 07-16897 is dismissed as duplicative and unnecessary.

A certified copy of this order sent to the district court shall act as and for the mandate of this court.

For the Court:
CATHY A. CATTERSON
Clerk of the Court

Monica Fernandez
Motions Attorney/Deputy Clerk
9th Cir. R. 27-7
General Orders/Appendix A

A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST

NOV 0 2 2007

by L.H.
Deputy Clerk

S:\PROSE\clerkords\2007\10-07\07-16652.16897wpd