INTERNAL USE ONLY: Proceedings include all events.
07-16897 USA v. Sardinha

UNITED STATES OF AMERICA             Chris A. Thomas
     Plaintiff - Appellee           FAX 808/541-2808
                                     808/541-2850
                                     Suite 6-100
                                     [COR LD NTC aus]
                                     USH - OFFICE OF THE U.S.
                                     ATTORNEY
                                     PJKK Federal Building
                                     300 Ala Moana Blvd.
                                     P.O. Box 50183
                                     Honolulu, HI 96850


     v.

JOHN SARDINHA                        John Sardinha
     Defendant - Appellant           #89543-022
                                     [COR LD NTC prs]
                                     USPA - U.S. PENITENTIARY
                                     (ATWATER)
                                     P.O. Box 019001
                                     Atwater, CA 95301