ORIGINAL

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
APR 22 2008
at ___ o'clock and ___ min ___ M.
SUE BEITIA, CLERK

———————————————X
UNITED STATES OF AMERICA,

    Plaintiff-Respondent,

    v.

JOHN SARDINHA,

    Defendant-Petitioner.
———————————————X

Case No. 1:02CR00272-004
(DA)

NOTICE OF 18 U.S.C. §3582

MOTION FOR SENTENCE REDUCTION

Defendant-Petitioner, John Sardinha ("Petitioner"), hereby respectfully moves, pursuant to 18 U.S.C. §3582(c)(2), for an order of this Court reducing his sentence consistent with Amendment 706 of the U.S.S.G.; §1B1.10(b)(1) and (b)(2) of the U.S.S.G.; and Supreme Court precedent.

This Motion for Sentence Reduction if further based upon the Declaration of Petitioner in support of the §3582 Motion and upon all of the documents and pleading in this case.

To:
    Chris A. Thomas
    Office of the United States Attorney
    Prince Kuhio Federal Building
    300 Ala Muana Blvd. Ste. 6100
    Honolulu, HI 96850

Dated: April __, 2008
    Fort Dix, New Jersey

Respectfully,

_____
John Sardinha
Pro-Se Petitioner
Fed. Reg. No. 89543-022
FCI Fort Dix
P.O. Box 2000
Fort Dix, New Jersey 08640