

John Sardinha
Fed No. 89543-022
F.C.I.-FT Dix
P.O. Box 2000
Ft Dix, NJ 08640

U.S. District Court
District of Hawaii
338 U.S. Courthouse
300 Ala Moana Blvd
Room C338
Honolulu, H.I. 96850-0338
Att: Pro Se Clerk

LEGAL MAIL

CERTIFIED MAIL
7007 3020 0000 1184 5017